# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Great America Construction Company | ) ASBCA No. 60674 |
| | ) |
| Under Contract No. W56SGK-13-C-0002 | ) |

APPEARANCE FOR THE APPELLANT:      Mr. Mansour Alamyar
     Vice President

APPEARANCES FOR THE GOVERNMENT:      Raymond M. Saunders, Esq.
     Army Chief Trial Attorney
     CPT Douglas A. Reisinger, JA
     Trial Attorney

## ORDER OF DISMISSAL

By Order dated 18 July 2016, the Board requested that appellant provide a copy of the claim it had submitted to the contracting officer prior to the filing of this appeal. In response, appellant indicated that it desired to submit its claim to the contracting officer for a decision. The government provided appellant with the contact information for the cognizant contracting officer and appellant submitted a claim to the contracting officer. By Order dated 2 August 2016, the Board informed the parties that it intended to dismiss this appeal unless either party objected within 14 days of the date of the Order. The Board has not received an objection from either party.

Accordingly, this appeal is dismissed without prejudice to any appeal from the contracting officer's final decision or deemed denial of the contractor's claim.

Dated: 24 August 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60674, Appeal of Great America Construction Company, rendered in conformance with the Board's Charter.

Dated:

                                                           
JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals